PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

United States Courts
Southern District of Texas
FILED
SEP 16 2022
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Jon Doe' inmate
ROBERT NOBLE Shell "The BRANCH" 13772746
01002143
Plaintiff's Name and ID Number

HARRIS COUNTY JAIL
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Sheriff "JON DOE" 1200 BAKER ST. Houston, TX 77002
Defendant's Name and Address

MR OR MRS. JON DOE
MEDICAL DIRECTOR 1200 BAKER St. Houston, TX 7700
Defendant's Name and Address

Deputy MR OR MRS. "JON DOE" HARRIS County JAIL
Chief operations officer Processing center 701 Baker
Defendant's Name and Address
( DO NOT USE "ET AL.") Houston Police Department ROBERT Cisneros
1200 DAIRY ASHFORD Street Huston, Texas 770

INSTRUCTIONS - READ CAREFULLY

Huston Police Academy HPD 'VICE' 1200 Lubbock Street 7700
NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

pg 1 of 10
(RN)

9-9-22

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? \_\_\_YES \_\_\_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: N.A.
       2. Parties to previous lawsuit:
         Plaintiff(s) N.A.
         Defendant(s) N.A.
       3. Court: (If federal, name the district; if state, name the county.) N.A.
       4. Cause number: N.A.
       5. Name of judge to whom case was assigned: N.A.
       6. Disposition: (Was the case dismissed, appealed, still pending?) N.A.
       7. Approximate date of disposition: N.A.

II. PLACE OF PRESENT CONFINEMENT: HARRIS COUNTY JAIL

2

ps 2 of 10     9-9-22

Jon Doe
inmate 1200 Baker Street 77002

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

NEXIS LEXIS will not provide hard copy

IV. **PARTIES TO THIS SUIT:** HCSO
A. Name and address of ~~plaintiff~~ Defendant: ~~Harris County Sheriff Office Sheriff Doe Dot Franklin Houston TX 77002~~

Plaintiff: Robert Noble Shell 1200 Baker St, Houston, TX 77002
639 Columbia Street Houston, Texas 77007

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff ED Gonzalez (Respondent) 1200 Baker Street Houston, Texas ~~77603~~ 77002

*contributed to safety concerns*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sheriff ED failed to control prison/jail population / poor management practices

Defendant #2: ~~Assault~~ Mr. or Mrs. Doe Chief Operations Officer 701 Baker Str.
1200 Baker Street 1001 Franklin Houston 77002

*poor nutrition created stressful environment*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Poor nutrition contributing to stress environment / High cortisol levels

Defendant #3: "Medical Director" Dr. Jon or Jane Doe
1200 Baker Street 77002 would not provide assistance after repeated requests

*increased stress hormone cortisol*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Created stressful conditions by long stays — contributed to overcrowding

Defendant #4: Officer Jon Doe (Cisneros, Robert) Houston Police Department Vice "1200 Lubbock Street 77002 Houston, Texas false sworn statements (Dairy Ashford)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jon Doe falsified / created false arrests — malicious attack, sworn statements used position to create false sworn statements

Defendant #5: Chief of Houston Police Department
Houston Police Academy

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Facilitated / taught to distort sworn statements / false arrests

New detention center
new processing center

*lead to overcrowding @ Harris County Jail*

V. **STATEMENT OF CLAIM:**

3

Pg 3 of 9 (nrs) 9.9.22

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

COMPLAINTS

~~The main concerns are that the Jail is overcrowded/understaffed in nature & this makes inmates more easily targeted & could be the scapegoat for poor management~~

On or about 8/20/2022 I was arrested and detained at the Harris County Jail. I was assaulted on 8/31/2022 & was subject to Bullying unwanted advances - sexual impropriety from inmate(s) (close R) named for HPD - Vice caused overcrowding by false arrests vendetta arrests - no grounds - poorly trained officers looking for excuses for bad upbringings - small man syndrome. All defendants contributed to overcrowding @ the Harris County Jail - Humanitarian nightmare overcrowding lead to my being assaulted + covered up. Overpopulation -

VI. RELIEF: Extra page included

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

resensitivity training for older personnel Solution approach Shell would like new practices/new programs with a focus on the Bill of Rights - Reform based on education first edu.gov Computer access - education Focused comfort is safety reform.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

I have used Robert-Nable Shell (2) Rob Shell & mR Branch.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. Not Aware

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ✓YES ___NO

n.a not applicable

Shell vs

H.C.S.O. { Harris County Sheriffs Office
{ Harris County Jail
{ Harris County Constables Office Precinct 4
{ "Constable Mark" Cypresswood Dr. 281 376 3474

H.P.D. / Houston Police Department (Chief of Police)
Houston Police Academy (~~Jon~~ Jane Doe)

Due Process concerns / Houston Police Department
Probable Cause Concerns   "Narcotics Division" Jon or Jane Doe officer
Constitutional violations 1st amendment, 4th amendment
5th amendment 6th amendment 9th amendment 14th amendment

on or about August 20th I was arrested by H.C.S.O. for the third time on two old cases & for the second time arrested for a complaint which was fictitious w/a falsified statement from a complainant office (middle fork Texas. DSO Jes. S. ~~they~~ R.C.) (idiot servant) (Puppet de facto) → will judge Puppet Cisneros

8/31/2022  plaintiff was involved in an assault against self as inmates attacked Shell. Shell was bullied, offered sex favors — an inmate Cisneros said "he would do anything I asked for just one night". (paraphrased for 1st person narrative). All defendants part of problem / contributing to Jail overcrowding

Constables } Shell contends the attack was created by abuse
Deputies  } of power / overcrowding in Jail caused stressful conditions
overstepping } to many people in one space. People stressed out - getting on
legal authority } each others nerves - HPD ~~teaching~~ officers to arrest / falsify
HPD Academy         Pg 5 of 10 (RI)  9.9.22   Sworn statements

Shell vs
H.C.S.O
Harris county Constables precinct 4
Houston police department

It is Shells contention that all defendants named are responsible because overzealous officers, deputies & constables are often times prideful and arrest people on personal vendettas. The overpopulation in the Jail cannot be blamed on Covid 19, but rather is a failed system in part to all law enforcement personnel. The academies teach cadets to slant a statement towards an arrest. The overpopulation of the jail leads to staffing issues, then the staffing issues inevitably leads to Due process concerns, Bad nutrition, assaults, deaths. Overcrowding leads to stressful conditions & psychological duress. Illegal detention make the overpopulation at the jail even worse and then you have inmates that are not guilty and innocent getting bullied and assaulted. This leads to sexual assaults with the whole system responsible. Then with overcrowding taking place, someone like Sheriff EG violates prisoners 1st amend rights and stops religious gathering. When religion is needed it is removed by poor state actors.

Page 1 of 1             09/09/2022 04:36 AM

**KEEFE COMMISSARY NETWORK**
P.O BOX 17490, St Louis, MO 63178-7490
38B for HARRIS COUNTY JAIL (TX) INDIGENT

| | |
|---|---|
| Name: SHELL, ROBERT | Bal Before Order: 0.00 |
| ID: 01002143  DOB: | Bal After Order: 0.00 |
| Acct #: 80373 | Order #: 21364563 |
| CPR #: 250160 | Order Date: 09/09/2022 |

Block: JA09     Tier: 6H2     Cell: 06F

21364563-250160

| Bay-Seq | Qty | UOM | Description | Alias | T | Price |
|---|---|---|---|---|---|---|
| STK B-2202 | 1 | KIT | HARRIS COUNTY INDIGENT | 9804 | | 0.00 |

Total Pick Qty 1

*United States*
*Southern District of Texas*
**FILED**
**SEP 16 2022**
*Nathan Ochsner, Clerk of Court*

SubTotal: 0.00
Tax: 0.00
Total: 0.00

**CANCELLED**

| Alias | Qty | Description | Reason |
|---|---|---|---|
| 9800 | 1 | English Bible | Exceeds quantity limit |
| 9802 | 1 | English Quran | Item not available |
| 9804 | 1 | HARRIS COUNTY INDIGENT | Exceeds quantity limit |

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed: _[signature]_     Date: 9-9-22

Witnessed By: office     Date: 9922

C. Has any court ever warned or notified you that sanctions could be imposed?  N.A.  ___ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____ N/A _____
3. Approximate date warning was issued: _____

Executed on: 9-9-2022
DATE

Robert Noble Shell II
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 9th day of September, 20 22.
         (Day)           (month)         (year)

Robert Noble Shell II
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Pg 8 of 10 (Rev) 9-9-22

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Robert Shell
SPN: 02852143  Cell: 61h
Street: 1200 Baker St
HOUSTON, TEXAS 77002

**K Keefe** Commissary Network

**INDIGENT**

GOD LOVES
LEGAL MAIL

US POSTAGE PITNEY BOWES
$ 000.81
ZIP 77002
0000368784 SEP 14 2022

NORTH HOUSTON
14 SEP 2022 PM 2

Mr. David J. Bradley
P.O. Box 61010
Huston, Tx 77208

United States Courts
Southern District of Texas
FILED
SEP 16 2022
Nathan Ochsner, Clerk of Court

77208-101010